NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Kenneth Gaugh, Esq
1963 Carson Street
Torrance, CA 90501
BAR #140695
kengaugh@sbcglobal.net
(310) 212-6252
(310) 533-1738 fax

ATTORNEY(S) FOR: Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Antonio Fernandez

Plaintiff(s),

v.

Tan Trinh, Toan Trinh, Trinh Living Trust, Moises Castaneda

Defendant(s)

CASE NUMBER:

2:19-cv-02336 PA KSx

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Tan Trinh, Toan Trinh, Trinh Living Trust and Moises Castaneda
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Antonio Fernandez | Plaintiff |
| Tan Trinh | Defendant and Property Owner |
| Toan Trinh | Defendant and Property Owner |
| Moises Castaneda | Defendant and Business Owner |

4-29-19
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Tan Trinh  Toan Trinh  Trinh Living Trust  Moises Castaneda

CV-30 (05/13)                                      NOTICE OF INTERESTED PARTIES

| SHORT TITLE | CASE NUMBER |
|---|---|
| Antonio Fernandez v. Tan Trinh Et Al | 2:19-cv-02336 PA KSx |

## DECLARATION OF MAILING

> *INSTRUCTIONS*: Only a person who is age 18 years or older and *not* a party to this action can serve document copies by mail. (Code Civ. Proc., § 1013a.) An unsigned copy of this *Declaration of Mailing* must be attached to and mailed with the copies. After the copies are deposited in the mail, the person who mailed them must fill out and sign this form attached as the last page of the originals for filing. (Code Civ. Proc., § 1013(b).) **WARNING: Falsifying this form can be a felony, punishable by imprisonment in state prison.** (Pen. Code, §§ 118 & 126)

1. I am employed in, or a resident of, the county in which this mailing occurred, and not a party to this action. At the time of mailing, I was at least 18 years of age or older;
2. I am readily familiar with the practice at the residence or business address shown below for collection and processing of correspondence for mailing with the United States Postal Service, which causes it to be sealed and deposited with said Postal Service with the postage prepaid the same day it is mailed or placed for collection and processing.
3. My [ ] residence [x] business address and telephone number are as follows:

| ADDRESS | TELEPHONE NUMBER |
|---|---|
| 1963 Carson Street | (310) 212-6252 |
| **CITY, STATE AND ZIP CODE** | |
| Torrance, CA 90501 | |

4. I served the below document(s) on behalf of __DefTan & Toan Trinh Moises Castaned__ (name of party) by [ ] personally sealing and mailing with postage prepaid, [x] placing for collection and mailing following ordinary business practices, true copies to the addressed as shown, on the date and at the place shown, in envelope(s) sealed, or to be sealed in the ordinary course of business, and addressed as follows:

Attn: Russell Handy, Esq
Center for Disability Access
9845 Erma Road, Suite 300
San Diego, CA 92196

| DATE MAILED | PLACE OF MAILING (City and state) |
|---|---|
| 4-29-19 | Torrance, CA |

5. Exact title(s) of document(s) served: __Notice of Interested Parties__

*I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.*

| DATED | TYPE OR PRINT NAME OF PERSON WHO DID MAILING | SIGNATURE OF PERSON WHO DID MAILING |
|---|---|---|
| 4-29-19 | Kenneth Gaugh | [signed] |

LACIV 143 (Rev. 09/08)
LASC Approved 03-04

**DECLARATION OF MAILING**

Code Civ. Proc., § 1013

LA-16